UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDNA COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV01660 AGF |
| ) | |
| AMERICAN HOME ASSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel [Doc. #22] filed on July 1, 2009, in which Plaintiff sought an order compelling Defendant Laidlaw Transit, Inc., to answer interrogatories. In response, Defendant Laidlaw has asserted that it has now served its response to the interrogatories, and that the Plaintiff's motion is therefore moot. Plaintiff has advised the Court that she agrees with Defendant's assertion that the motion is now moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel [Doc. #22] is **DENIED, as moot.**

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of July, 2009.