IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDNA COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CV1660 AGF |
| ) | |
| AMERICAN HOME ASURANCE and ) | |
| LAIDLAW TRANSIT, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's motion to amend the prayer of her complaint to include relief sought against Defendant Laidlaw Transit, Inc. Defendants oppose the motion on the grounds that it is untimely and that there is no need for the amendment. Defendants assert no prejudice in permitting Plaintiff to amend her complaint as proposed.

Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's motion to amend the complaint shall be **GRANTED** upon the filing by Plaintiff of a full amended complaint incorporating the proposed amendment. [Doc. #20]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of July, 2009.

1