UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDNA COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:08CV1660 AGF |
| | ) |
| AMERICAN HOME ASSURANCE | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF STAY

This matter is before the Court on Defendants' motion to stay the proceedings in this case pending the resolution of a related state court case. Plaintiff has not filed a response to the motion and the time to file such response has now passed.

Upon review of the record,

**IT IS HEREBY ORDERED** that Defendants' motion to stay proceedings is **GRANTED**. [Doc. #36]

**IT IS FURTHER ORDERED** that Defendants shall file a report with the Court on or before November 2, 2009, notifying the Court of the status of the state court case at issue, and of the effect of that case's status on the present case.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of September, 2009.